# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dr. Michael Moates<br><br>Plaintiff<br><br>v.<br><br>STATE OF NORTH CAROLINA,<br><br>STATE OF TEXAS,<br><br>STATE OF VIRGINIA, AND<br><br>STATE OF NEVADA<br><br>Defendants | Case No.: 4-23CV-772-O<br><br>**JURY TRIAL DEMANDED**<br><br> |

# RULE 5.1 NOTICE OF

# CONSTITUTIONAL CHALLENGE

# TO A STATUTE

Dear Clerk of Court,

Pursuant to Federal Rule of Civil Procedure 5.1, I am writing to provide notice that in the above-captioned case, I am challenging the constitutionality of certain state statutes.

The following state statutes are being challenged:

North Carolina General Statutes, N.C. Gen. Stat. § 90-737

Texas Administrative Code, RULE §121.21

Virginia Code, § 54.1-2957.16

Nevada Revised Statutes, NRS 641D.350

The above statutes are challenged on the grounds that they violate First Amendment rights of freedom of speech and association, Fifth Amendment rights to due process and equal protection under the law, in addition to alleged violations of federal labor law, contract law, privacy law, and anti-discrimination provisions within the Civil Rights Act of 1964 and the Rehabilitation Act of 1973.

I hereby notify the Court and all parties involved in this matter that the constitutional validity of these statutes has been drawn into question. Under Rule 5.1, I will serve the appropriate State Attorney General with a copy of the complaint, this notice, and all other relevant documents.

Please find attached a copy of the complaint and all exhibits for your records.

Thank you for your attention to this matter.

Sincerely,

**/s/ Michael Moates, EdD, Pro Se**

4501 Nautilus Circle #710

Fort Worth, Texas

254-966-2837

mike@cpmht.com

Enclosures: Complaint and exhibits

cc: Attorney General of North Carolina

cc: Attorney General of Texas

cc: Attorney General of Nevada

cc: Attorney General of Virginia