# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dr. Michael Moates<br><br>Plaintiff<br><br>v.<br><br>STATE OF NORTH CAROLINA,<br><br>STATE OF TEXAS,<br><br>STATE OF VIRGINIA, AND<br><br>STATE OF NEVADA<br><br>Defendants | Case No.: <u>4:23-cv-00772-</u><br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

# NOTICE OF SERVICE

Dear Clerk of Court,

I write to inform the court that on July 29th, 2023, I sent all documents on the docket to the Attorney Generals of North Carolina, Texas, Nevada, and Virginia to issue service of process in this case. The Notices were sent by certified mail return receipt requested to the respective addresses.

Pursuant to Rule 4. Summons (e)(1), a person may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made…" Texas RCP states service may be completed by "Rule 106 - Method of Service, Tex. R. Civ. P. 106 ("mailing to the defendant by registered or certified mail, return receipt requested, a copy of the citation and of the petition.").

As per the Federal Rules of Civil Procedure, I will file the respective return receipts with the court as soon as they are received, serving as the certificate of service for these documents. This process is expected to take a few weeks.

I appreciate the court's understanding and patience during this process. If any queries or the court requires further information, please do not hesitate to contact me at the above email or phone number.

Sincerely,

**/s/ Michael Moates, EdD, Pro Se**

4501 Nautilus Circle #710

Fort Worth, Texas

254-966-2837

mike@cpmht.com

EXHIBIT A -





2

3

EXHIBIT B -



**USPS CERTIFIED MAIL**

9214 8901 4298 0486 7780 81

**CERTIFIED MAIL**

Michael Moates
5764 N Orange Blossom Trl PMB 61546
Orlando FL 32810
mike@cpmht.com

0008205250000030
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City NV 89701

EXHIBIT C -





4

EXHIBIT D -





5