**USPS**

August 4, 2023

Dear Michael Moates:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0486 7780 81**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | August 3, 2023, 9:58 am |
| Location: | CARSON CITY, NV 89701 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | State of Nevada |

| Shipment Details | |
|---|---|
| Weight: | 10.2oz |

**Recipient Signature**

Signature of Recipient: *Ashley Alexander*

Address of Recipient: *100 N Carson St*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004