August 7, 2023

Dear Michael Moates:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0486 7780 74**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | August 7, 2023, 7:43 am |
| Location: | AUSTIN, TX 78711 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | State of Texas |

| Shipment Details | |
|---|---|
| Weight: | 10.2oz |

**Recipient Signature**

Signature of Recipient: 

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004