**USPS**
UNITED STATES
POSTAL SERVICE

August 7, 2023

Dear Michael Moates:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0486 7780 98**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | August 7, 2023, 1:43 pm |
| Location: | RALEIGH, NC 27603 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | State of North Carolina |

| Shipment Details | |
|---|---|
| Weight: | 10.2oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 114 W EDENTON ST |
| City, State ZIP Code: | RALEIGH, NC 27603-1712 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[handwritten signature: Al Perlmutter]* |
| Address of Recipient: | *[handwritten: 114 W Edenton ST]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004