UNITED STATES POSTAL SERVICE

August 9, 2023

Dear Michael Moates:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0486 7781 04**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 9, 2023, 2:35 pm |
| **Location:** | RICHMOND, VA 23218 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | State of Virginia |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.2oz |

## Recipient Signature

Signature of Recipient: 

Address of Recipient: 

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004