# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dr. Michael Moates | Case No.: <u>4:23-cv-00772</u> |
| Plaintiff | |
| v. | **<u>JURY TRIAL DEMANDED</u>** |
| STATE OF NORTH CAROLINA, | |
| STATE OF TEXAS, | |
| STATE OF VIRGINIA, AND | |
| STATE OF NEVADA | |
| Defendants | |

# NOTICE OF SERVICE EXECUTION

Dear Honorable Court,

      I write to inform the court that as of 9 August 2023, all parties in this litigation have been served. I have attached Exhibits showing such.

Sincerely,

**/s/ Michael Moates, EdD, Pro Se**

4501 Nautilus Circle #710

Fort Worth, Texas

254-966-2837

mike@cpmht.com