UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00772-O-BP |
| | § | |
| STATE OF NORTH CAROLINA, et al., | § | |
| *Defendant.* | § | |

**ORDER GRANTING THE STATE OF TEXAS' MOTION TO DISMISS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

ON THIS DAY came to be heard the Motion to Dismiss and Response in Opposition to Plaintiff's Motion for Preliminary Injunction filed by Defendant the State of Texas. After due consideration of the law and the filings of parties, the Court finds said motion meritorious. It is therefore,

**ORDERED** that the State of Texas' Motion to Dismiss is **GRANTED**. It is also **ORDERED** that Plaintiff's Motion for Preliminary Injunction is **DENIED**. It is further **ORDERED** that Plaintiff's claims against the State of Texas are **DISMISSED WITH PREJUDICE** in their entirety.

SIGNED this _____ day of _____, 2023.

_____
HON. REED C. O'CONNOR
UNITED STATES DISTRICT JUDGE