# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dr. Michael Moates | Case No.: 4:23-cv-00772 |
| Plaintiff | |
| v. | **JURY TRIAL DEMANDED** |
| STATE OF NORTH CAROLINA, | |
| STATE OF TEXAS, | |
| STATE OF VIRGINIA, AND | |
| STATE OF NEVADA | |
| Defendants | |

# PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT STATE OF NEVADA

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Dr. Michael Moates, Plaintiff in the above-entitled and numbered cause, and respectfully moves this Court for an Entry of Default against Defendant, State of Nevada, and in support thereof would show the following:

Service of Process: On August 3rd, 2023, Defendant, State of Nevada, was duly served with the Summons and Complaint in this matter. Pursuant to FRCP, a summons and complaint may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

Under the TCRP, a summons may be served by "mailing to the defendant by registered or certified mail, return receipt requested, a copy of the citation and of the petition." Rule 106 - Method of Service, Tex. R. Civ. P. 106

A true and correct copy of the Proof of Service is attached hereto as Exhibit A.

Time to Answer: More than 21 days have elapsed since Defendant was served with the Summons and Complaint, which is the time period prescribed by the Federal Rules of Civil Procedure for a defendant to answer or otherwise respond to a complaint.

1

Failure to Answer or Respond: To date, Defendant has neither answered nor otherwise responded to the Complaint, nor sought an extension of time to do so.

No Previous Default: No previous request for entry of default or default judgment has been made in this case.

WHEREFORE, Plaintiff respectfully requests that the Clerk of this Court enter a default against Defendant, State of Nevada, for its failure to answer or otherwise respond to the Complaint, and for such other and further relief as the Court deems just and proper.

CERTIFICATE OF SERVICE

I hereby certify that on 29 August 2023, a true and correct copy of the foregoing Motion for Entry of Default was served on all counsel of record via certified mail.

Respectfully submitted,

**/s/ Dr. Michael Moates**

4501 Nautilus Circle #710

Fort Worth, Texas

 254-966-2837

mike@cpmht.com

Exhibit A

UNITED STATES POSTAL SERVICE

August 4, 2023

Dear Michael Moates:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0486 7780 81**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | August 3, 2023, 9:58 am |
| Location: | CARSON CITY, NV 89701 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | State of Nevada |
| **Shipment Details** | |
| Weight: | 10.2oz |
| **Recipient Signature** | |
| Signature of Recipient: | Ashley Alexander |
| Address of Recipient: | 100 N Carson St. |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

3