IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MICHAEL MOATES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00772-O-BP |
| | § | |
| **STATE OF NORTH CAROLINA,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Defendant State of Texas's Motion to Dismiss and Response in Opposition to Plaintiff's Motion for Preliminary Injunction filed on August 28, 2023. ECF No. 16. Plaintiff shall file his response to the Motion **on or before September 19, 2023**. Also by that date, Plaintiff shall file a brief that complies with the Local Civil Rules of the Northern District of Texas, specifically Rule 7.1(d) and Rule 7.2 (which require certain materials be included in a brief). The Local Civil Rules of the Northern District of Texas can be accessed online at the following address: http://www.txnd.uscourts.gov/civil-rules.

It is so **ORDERED** on August 29, 2023.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE