**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **MICHAEL MOATES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00772-O-BP |
| § | |
| **STATE OF NORTH CAROLINA,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Excess Pages Under Local Rule 7.2 filed on August 29, 2023. ECF No. 20. Plaintiff's Motion does not comply with the Local Civil Rules of the Northern District of Texas, which require, among other things, a certificate of conference stating whether a motion is opposed or unopposed by the appropriate Defendant. *See* N.D. Tex. L. Civ. R. 7.1(b). Accordingly, the Motion is not properly before the Court.

It is therefore **ORDERED** that Plaintiff shall file a supplement to the Motion with the required certificate of conference on or before **September 6, 2023**. Failure to comply with this Order may result in an order striking Plaintiff's Motion for failure to comply with the Local Civil Rules and the Court's Order.

It is so **ORDERED** on August 30, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE