# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dr. Michael Moates | Case No.: 4:23-cv-00772 |
| Plaintiff | |
| v. | **JURY TRIAL DEMANDED** |
| STATE OF NORTH CAROLINA, | |
| STATE OF TEXAS, | |
| STATE OF VIRGINIA, AND | |
| STATE OF NEVADA | |
| Defendants | |

# SUPPLEMENTAL REPORT TO THE MOTION FOR LEAVE TO FILE EXCESS PAGES UNDER LOCAL RULE 7.2 FILED ON AUGUST 29, 2023

Plaintiff, Michael Moates, hereby submits this Supplemental Motion for Leave to File Excess Pages in Response to Defendant State of Texas Motion to Dismiss, and in support thereof states the following:

Background: On August 29, 2023, Plaintiff filed a Motion for Leave to File Excess Pages under Local Rule 7.2. The Court, in its Order dated August 30, 2023, noted that the Motion did not comply with the Local Civil Rules of the Northern District of Texas, specifically lacking a certificate of conference stating whether the motion is opposed or unopposed by the appropriate Defendant.

Certificate of Conference: In compliance with N.D. Tex. L. Civ. R. 7.1(b), Plaintiff reached out to the Defendant, State of Texas, to inquire about their position on the Motion. On August 30, 2023, Eric Fineman, Assistant Attorney General, Office of the Attorney General, General Litigation Division, responded on behalf of the Defendant, stating:

"From your prior pleading, I understand you will be seeking a leave to file a 28-page Response, which would exceed the 25-page limit per the local rules. Assuming that is true, I have no problem with that small extension and am not opposed to your motion for leave to file 3 pages in excess of the 25-page limit…"

1

Request: In light of the Defendant's non-opposition, Plaintiff respectfully requests that the Court grant the Motion for Leave to File Excess Pages, allowing the Plaintiff to file a 28-page Response in opposition to the Defendant State of Texas Motion to Dismiss.

WHEREFORE, Plaintiff, Michael Moates, respectfully requests that this Court grant his Motion for Leave to File Excess Pages, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**/s/ Michael Moates, EdD, Pro Se**

4501 Nautilus Circle #710

Fort Worth, Texas

254-966-2837

mike@cpmht.com

2

I hereby certify that a true and correct copy of the foregoing instrument has been filed and served electronically through the Court's Electronic Case File system on this the 4th Day of September, 2023, upon all counsel of record.

Eric Fineman, Assistant Attorney General

Office of the Attorney General, General Litigation Division

209 West 14th Street, Austin, TX 78701

Phone: 512.475.4271 | Eric.Fineman@oag.texas.gov

**/s/ Michael Moates, EdD, Pro Se**

4501 Nautilus Circle #710

Fort Worth, Texas

254-966-2837

mike@cpmht.com