# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dr. Michael Moates<br><br>Plaintiff<br><br>v.<br><br>STATE OF NORTH CAROLINA,<br><br>STATE OF TEXAS,<br><br>STATE OF VIRGINIA, AND<br><br>STATE OF NEVADA<br><br>Defendants | Case No.: <u>4:23-cv-00772</u><br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

# PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT STATE OF NORTH CAROLINA AND DEFENDANT STATE OF VIRGINIA

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Dr. Michael Moates, Plaintiff in the above-entitled and numbered cause, and respectfully moves this Court for an Entry of Default against Defendant, State of North Carolina, and for a Default Judgment against Defendant, Commonwealth of Virginia, and in support thereof would show the following:

Service of Process:

On August 7th, 2023, Defendant, State of North Carolina, was duly served with the Summons and Complaint in this matter.

On August 9th, 2023, Defendant, Commonwealth of Virginia, was duly served with the Summons and Complaint in this matter.

Pursuant to FRCP, a summons and complaint may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

Under the TCRP, a summons may be served by "mailing to the defendant by registered or certified mail, return receipt requested, a copy of the citation and of the petition." Rule 106 - Method of Service, Tex. R. Civ. P. 106

True and correct copies of the Proofs of Service are attached hereto as Exhibit A and Exhibit B, respectively.

Time to Answer: More than 21 days have elapsed since the Defendants were served with the Summons and Complaint, which is the time period prescribed by the Federal Rules of Civil Procedure for a defendant to answer or otherwise respond to a complaint.

Failure to Answer or Respond: To date, neither Defendant has answered nor otherwise responded to the Complaint, nor sought an extension of time to do so.

Previous Default: A previous request for entry of default was made against another defendant, State of Nevada, on August 29th, 2023.

No request for entry of default or default judgment has been made against the State of North Carolina or the Commonwealth of Virginia in this case.

WHEREFORE, Plaintiff respectfully requests that the Clerk of this Court:

- Enter a default against Defendant, State of North Carolina, for its failure to answer or otherwise respond to the Complaint.
- Enter a default judgment against Defendant, Commonwealth of Virginia, for its failure to answer or otherwise respond to the Complaint.

- Plaintiff further seeks such other and further relief as the Court deems just and proper.

**/s/ Dr. Michael Moates**

4501 Nautilus Circle #710

Fort Worth, Texas

 254-966-2837

mike@cpmht.com

CERTIFICATE OF SERVICE

I hereby certify that on 29 August 2023, a true and correct copy of the foregoing Motion for Entry of Default was served on all counsel of record via Electronic Filing System.

Respectfully submitted,

**/s/ Dr. Michael Moates**

4501 Nautilus Circle #710

Fort Worth, Texas

 254-966-2837

mike@cpmht.com

3

Exhibit A

**UNITED STATES POSTAL SERVICE**

August 7, 2023

Dear Michael Moates:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0486 7780 98**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 7, 2023, 1:43 pm |
| **Location:** | RALEIGH, NC 27603 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | State of North Carolina |

### Shipment Details

| | |
|---|---|
| **Weight:** | 10.2oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 114 W EDENTON ST |
| **City, State ZIP Code:** | RALEIGH, NC 27603-1712 |

### Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | [signature] Al Perlmutter |
| **Address of Recipient:** | 114 W Edenton St |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

4

EXHIBIT B



August 9, 2023

Dear Michael Moates:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0486 7781 04**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 9, 2023, 2:35 pm |
| **Location:** | RICHMOND, VA 23218 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | State of Virginia |
| **Shipment Details** | |
| **Weight:** | 10.2oz |
| **Recipient Signature** | |
| Signature of Recipient: | [signature] |
| Address of Recipient: | [address] |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

5