UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

Dr. Michael Moates
Plaintiff
v.
STATE OF NORTH CAROLINA,
STATE OF TEXAS,
STATE OF VIRGINIA, AND
STATE OF NEVADA
Defendants

Case No.: 4:23-cv-00772

**NOTICE OF DISMISSAL AS TO
DEFENDANT'S STATE OF VIRGINIA AND
STATE OF NEVADA**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Dr. Michael Moates,, hereby gives notice of the voluntary dismissal of the above-referenced action against Defendants State of Virginia and State of Nevada, without prejudice.

This dismissal is effective immediately upon filing, and no court order is required. As such, all pending motions, hearings, and other scheduled matters related to the Defendant's State of Virginia and State of Nevada in this action are hereby rendered moot.

The Plaintiff reserves the right to refile the claim in the future, as this dismissal is without prejudice.

Respectfully submitted,

/s/ Michael Moates, EdD, Pro Se

4501 Nautilus Circle #710

Fort Worth, Texas

254-966-2837

mike@cpmht.com