IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00772-O-BP |
| | § | |
| STATE OF NORTH CAROLINA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiff's Motion for Leave to File Excess Pages Under Local Rule 7.3 (ECF No. 20) filed on August 29, 2023; and Plaintiff's Supplemental Report to that motion (ECF No. 22) filed on September 4, 2023. Plaintiff requests that the Court grant an exception to Local Civil Rule 7.2(c), which requires all briefs to be no more than twenty-five pages in length. For good cause shown, and noting that it is unopposed, the Motion (ECF No. 20) is hereby **GRANTED**. Plaintiff may file a response to Defendant State of Texas's Motion to Dismiss that is twenty-eight pages long.

It is so **ORDERED** on September 5, 2023.

*/s/ Hal R. Ray, Jr.*
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE