IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **MICHAEL MOATES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00772-O-BP |
| § | |
| **STATE OF NORTH CAROLINA,** *et al.*, § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is the state of North Carolina's Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, filed September 1, 2023. ECF No. 27. North Carolina requests a twenty-day extension from the purported deadline of September 4, 2023, because it needs time to obtain local counsel and to apply for pro hac vice admission. *Id.* The Court notes that Plaintiff does not consent to the extension and that service on North Carolina may have been improper. *Id.*

For good cause shown, the Court **GRANTS** defendant's motion to extend time. It is therefore **ORDERED** that the state of North Carolina shall answer or otherwise respond to Plaintiff's Complaint on or before **September 24, 2023**.

It is so **ORDERED** on September 6, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE