# United States District Court
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dr. Michael Moates<br>Plaintiff<br>v.<br>STATE OF NORTH CAROLINA,<br>STATE OF TEXAS,<br>STATE OF VIRGINIA, AND<br>STATE OF NEVADA<br>Defendants | Case No.: <u>4:23-cv-00772</u> |

**PROPOSED ORDER ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff Dr. Michael Moates' Motion for Extension of Time to Respond to Defendant State of Texas's Motion to Dismiss. Having considered the motion, the arguments therein, and being fully advised in the premises, the Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that:

Plaintiff Dr. Michael Moates is granted an extension of 10 business days after the State of North Carolina submits their response, which is due on September 24, 2023, to file a response to the Motion to Dismiss filed by Defendant State of Texas. Moates shall respond on or before October 9th, 2023.

Pending approval by the court, Dr. Moates has committed to withdrawing all pending motions, including the motions for a temporary restraining order and injunction, upon the granting of this order the court considers these Motions withdrawn.

Dr. Moates will refile with a consolidated complaint in line with his commitment to streamline the proceedings and promote judicial efficiency.

Any previous orders or deadlines that conflict with this order are hereby superseded.

IT IS SO ORDERED.

Dated this \_\_\_ day of _____, 2023.

_____

Hal R. Ray, Jr.

UNITED STATES MAGISTRATE JUDGE