IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MICHAEL MOATES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00772-O-BP |
| | § | |
| **STATE OF NORTH CAROLINA,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiff Michael Moates's Motion for Extension of Time to Respond to Defendant State of Texas's Motion to Dismiss, filed September 9, 2023. ECF No. 31. Texas filed a motion to dismiss on August 28, 2023. ECF No. 16. Moates requests an extension until October 9, 2023, to respond to the motion by filing an amended complaint. For good cause shown, and noting that the State of Texas does not oppose the request, the Court **GRANTS** Plaintiff until October 9, 2023, to file a response to the Motion to Dismiss (ECF No. 31).

If Plaintiff elects to respond to the Motion, or a future filing by the State of North Carolina, by filing an amended complaint, Plaintiff shall comply with the requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of the Court in any such filing.

It is so **ORDERED** on September 11, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE