UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL MOATES,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF NORTH CAROLINA, STATE OF TEXAS, STATE OF VIRGINIA, AND STATE OF NEVADA,<br><br>                Defendants. | **Civil Action No. 4:23-cv-00772-O-BP** |

**STATE OF NORTH CAROLINA'S
MOTION TO DISMISS**

NOW COMES Defendant State of North Carolina, by and through undersigned counsel, and hereby respectfully moves the Court to dismiss Plaintiff's Complaint against it in the above-captioned matter pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(5), and 12(b)(6). Plaintiff's Complaint should be dismissed because it is barred by the Eleventh Amendment to the United States Constitution; for improper service; because Plaintiff lacks standing; and for Plaintiff's failure to state a claim upon which relief can be granted.

In support of this motion, Defendant North Carolina relies on the factual grounds, arguments and legal authorities set forth in the accompanying brief.

Respectfully submitted this 22nd day of September 2023.

        Respectfully submitted,

        By: /s/ Scott R. Wiehle
        **Scott R. Wiehle**
        Texas Bar No. 24043991
        Email: scott.wiehle@kellyhart.com
        KELLY HART & HALLMAN LLP
        201 Main Street, Suite 2500
        Fort Worth, TX 76102
        Telephone: (817) 332-2500
        Facsimile: (817) 878-9280

        and

        **Tamika L. Henderson**
        Special Deputy Attorney General
        N.C. State Bar No. 42398
        Email: tlhenderson@ncdoj.gov
        N.C. Department of Justice
        Post Office Box 629
        Raleigh, NC 27602
        Telephone: (919) 716-6900
        Facsimile: (919) 716-6763

        **COUNSEL FOR**
        **STATE OF NORTH CAROLINA**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will automatically serve electronic copies on all counsel of record, and served upon Plaintiff via electronic mail, as follows:

Michael Moates
4501 Nautilus Circle #710
Fort Worth, Texas 76112
P: 254-966-2837
Email: mike@cpmht.com
*Pro se Plaintiff*

/s/ Scott R. Wiehle
**Scott R. Wiehle**