IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00772-O-BP |
| | § | |
| STATE OF NORTH CAROLINA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant State of North Carolina's Motion to Dismiss and Brief in Support Response in Opposition to Plaintiff's Motion for Preliminary Injunction filed on September 22, 2023. ECF Nos. 36, 37. Plaintiff shall file his response to the Motion **on or before October 13, 2023**. Also by that date, Plaintiff shall file a brief that complies with the Local Civil Rules of the Northern District of Texas, specifically Rule 7.1(d) and Rule 7.2 (which require certain materials be included in a brief). The Local Civil Rules of the Northern District of Texas can be accessed online at the following address: http://www.txnd.uscourts.gov/civil-rules.

It is so **ORDERED** on October 3, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE