**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Dr. Michael Moates<br>Plaintiff<br><br>v.<br><br>State of North Carolina, and<br><br>State of Texas<br>Defendants | Case No.: <u>4:23-cv-00772-O-BP</u> |

# NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dr. Michael Moates, hereby gives notice of the voluntary dismissal of the above-captioned action against all Defendants without prejudice.

We are grateful to the State of North Carolina General Assembly for passing HB 125 which allows alternative certification boards for licensure.

Respectfully submitted,

/s/ Michael Moates, EdD, Pro Se

4501 Nautilus Circle #710

Fort Worth, Texas

254-966-2837

mike@cpmht.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been filed and served electronically through the Court's Electronic Case File system on this the 4th Day of September, 2023, upon all counsel of record.

Eric Fineman, Assistant Attorney General

Office of the Attorney General, General Litigation Division

209 West 14th Street, Austin, TX 78701

Phone: 512.475.4271 | Eric.Fineman@oag.texas.gov

Tamika L. Henderson

Special Deputy Attorney General, Special Litigation Section

114 W. Edenton Street, Raleigh, NC 27603

Phone: (919) 716-6566 | tlhenderson@ncdoj.gov